AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JASMINE CAMPBELL, on behalf of herself and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LEARN & PLAY CENTER INC. d/b/a LEARN & PLAY CENTER and BRIGHT START HOME LEARNING CENTER, YVONNE CONDE, and JACQUELINE CONDE,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-5947(GRB)(JMW) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LEARN & PLAY CENTER INC.
c/o Corporation Service Company
80 State Street
Albany, New York 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/5/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JASMINE CAMPBELL, on behalf of herself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>LEARN & PLAY CENTER INC. d/b/a LEARN & PLAY CENTER and BRIGHT START HOME LEARNING CENTER, YVONNE CONDE, and JACQUELINE CONDE,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-5947(GRB)(JMW) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* YVONNE CONDE
c/o Learn and Play Center
2163 Grand Avenue
Baldwin, New York 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/5/2022



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JASMINE CAMPBELL, on behalf of herself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>LEARN & PLAY CENTER INC. d/b/a LEARN & PLAY CENTER and BRIGHT START HOME LEARNING CENTER, YVONNE CONDE, and JACQUELINE CONDE,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-5947(GRB)(JMW) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JACQUELINE CONDE
c/o Learn and Play Center
2163 Grand Avenue
Baldwin, New York 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/5/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*